Document# 22934

UNITED STATES
DISTRICT COURT
Southern District of New York

**Ernesto Cevallos**

*against*

**The City Of New York: The Port Authority of New York and New Jersey et als**

Attorney/Client:
File #    08CV 03494
Index # 21 MC 100 (AKH) (ECF)
Date Index # Purchased:
Date Affidavit Filed:

**Affidavit of Service**

I, **Glenn Michael Consor** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Fair Lawn, New Jersey.

That on **April 22, 2008** at **8:30 AM**, deponent served the within named **Summons - Jury Trial Demanded and Check off Short Form Coomplaint related to the Master Complaint** upon **AMEC Construction Management Inc and other AMEC entities c/o Tara Saybe - Patton Boggs LLP**, therein named. Said service was effected at **AMEC Construction Management Inc and other AMEC entities c/o Tara Saybe - Patton Boggs LLP, 1 River Front Plaza 6th Floor, Newark, NJ 07102**, in the following manner;

A domestic/foreign corporation , by delivering thereat a true copy of each to **Suzanne Christel** personally; deponent knew said corporation so served to be the corporation described as **AMEC Construction Management Inc and other AMEC entities c/o Tara Saybe - Patton Boggs LLP** and knew said individual to be the **Authorized Agent** thereof, an authorized person to accept service of process.

Deponent describes **Suzanne Christel** to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Female**  Skin: **Caucasian**  Hair: **Brown**  Age(Approx): **30+**
Height.(Approx): **5' 7"**  Weight.(Approx): **100-110 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on
Wednesday, April 23, 2008

ROBERT H. STAUB Notary Public of NEW JERSEY Commission expires March 14, 2013

Glenn Michael Consor,   Process Server

**We Serve It Process Service**
2219 West 6th Street
Brooklyn, NY 11223

08-007691