## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER SITE LITIGATION<br><br>ERNESTO CEVALLOS,<br><br>                              Plaintiff<br>             v.<br>THE CITY OF NEW YORK, THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al.,<br><br>                              Defendant(s) | ) Case No.: 08 CV 03494<br>) Filing Date:      04-10-2008<br>)<br>)<br>) **AFFIDAVIT OF SERVICE**<br>)<br>) **ATTY:**<br>)<br>) BORCHERT, GENOVESI, LASPINA & LANDICINO,<br>) P.C., Attorneys at Law<br>) 19-02 Whitestone Expressway, Suite 302<br>) Whitestone, NY 11357-3099 |

STATE OF New York: COUNTY OF Kings     ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am over the age of eighteen years and reside in the state of New York. That on APRIL 22, 2008 at 2:37 PM at 100 CHURCH STREET, NEW YORK, NY 10007, receipients BUSINESS OFFICE deponent served the within SUMMONS AND COMPLAINT on THE CITY OF NEW YORK C/O CORPORATION COUNSEL therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to AMANDA GONZALEZ personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the PROCESS CLERK authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Hispainc    Hair: Brown    Glasses: No    Age: 25-30    Height: 5'-5"    Weight: 150

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

                                    Loai F. Sarsour, Lic. #1133309            4-24-08
                                    BORCHERT, GENOVESI, LASPINA &        Executed on:
                                    LANDICINO, P.C., Attorneys at Law
                                    19-02 Whitestone Expressway, Suite 302
                                    Whitestone, NY 11357-3099
                                    (718) 767-3333

Subscribed and sworn to before me, a notary public, on this 24th day of April, 2008.

_____        My Commission Expires:
Notary Public


                    MARIA L. BASS
             Notary Public, State of New York
                  No. 01BA6107290
              Qualified in Kings County
       Commission Expires March 22, 2011