## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER SITE LITIGATION | Case No.: 08 CV 03494 |
| ERNESTO CEVALLOS, | Filing Date: 04-10-2008 |
| Plaintiff | **AFFIDAVIT OF SERVICE** |
| v. | **ATTY:** |
| THE CITY OF NEW YORK, THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al., | BORCHERT, GENOVESI, LASPINA & LANDICINO, P.C., Attorneys at Law |
| Defendant(s) | 19-02 Whitestone Expressway, Suite 302 Whitestone, NY 11357-3099 |

STATE OF New York: COUNTY OF Kings    ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am over the age of eighteen years and reside in the state of New York. That on APRIL 23, 2008 at 4:17 PM at 225 PARK AVENUE SOUTH, 15TH FLOOR, NEW YORK, NY 10003, receipients BUSINESS OFFICE deponent served the within SUMMONS AND COMPLAINT on THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to RICARDO HERNANDEZ personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the RECEPTIONIST authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: Hispanic    Hair: Brown    Age: 30    Height: 6'-3"    Weight: 200

COMMENTS:
I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____    _____
Loai F. Sarsour, Lic. #1133309        Executed on: 4-24-08

Subscribed and sworn to before me, a notary public, on this 24th day of April, 2008.

_____ My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2011