UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER SITE LITIGATION<br><br>ERNESTO CEVALLOS,<br><br>                                    Plaintiff<br>                            v.<br>THE CITY OF NEW YORK, THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al.,<br><br>                                  Defendant(s) | Case No.: 08 CV 03494<br>Filing Date:      04-10-2008<br><br>**AFFIDAVIT OF SERVICE**<br><br><u>ATTY:</u><br>BORCHERT, GENOVESI, LASPINA & LANDICINO,<br>P.C., Attorneys at Law<br>19-02 Whitestone Expressway, Suite 302<br>Whitestone, NY 11357-3099 |

STATE OF New York: COUNTY OF Kings    ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am over the age of eighteen years and reside in the state of New York. That on APRIL 22, 2008 at 3:08 PM at 59 MAIDEN LANE, NEW YORK, NY 10038, receipients BUSINESS OFFICE deponent served the within SUMMONS AND COMPLAINT on TURNER CONSTRUCTION COMPANY AND OTHER ENTITIES C/O LONDON FISHER LLP, ATTN: JOHN STARLING, ESQ. therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to JOHN SPARLING, ESQ. personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the AGENT FOR SERVICE OF PROCESS authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male   Race/Skin: White   Hair: Blonde   Glasses: No   Age: 45   Height: 6'-3"   Weight: 220

COMMENTS:

MILITARY SERVICE: Person spoken to was asked whether the recipient was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Loai F. Sarsour, Lic. #1133309
BORCHERT, GENOVESI, LASPINA &
LANDICINO, P.C., Attorneys at Law
19-02 Whitestone Expressway, Suite 302
Whitestone, NY 11357-3099
(718) 767-3333

Executed on: 4-24-08

Subscribed and sworn to before me, a notary public, on this 24th day of April, 2008.

_____
Notary Public         My Commission Expires:

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2011

ID: 08-007620                                                                                                               Client Reference: Cevallos v City of NY