## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER SITE LITIGATION<br><br>ERNESTO CEVALLOS,<br><br>    Plaintiff<br>v.<br><br>THE CITY OF NEW YORK, THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al.,<br><br>    Defendant(s) | ) Case No.: 08 CV 03494<br>) Filing Date:    04-10-2008<br>)<br>)<br>) **AFFIDAVIT OF SERVICE**<br>)<br>) **ATTY:**<br>) BORCHERT, GENOVESI, LASPINA & LANDICINO,<br>) P.C., Attorneys at Law<br>) 19-02 Whitestone Expressway, Suite 302<br>) Whitestone, NY 11357-3099 |

STATE OF New York: COUNTY OF Kings     ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am over the age of eighteen years and reside in the state of New York. That on APRIL 23, 2008 at 10:12 AM at ONE BATTERY PARK PLAZA, NEW YORK, NY 10004, receipients BUSINESS OFFICE deponent served the within SUMMONS AND COMPLAINT on BOVIS LEND LEASE, LMB, INC. AND OTHER ENTITIES C/O MOUND COTTON WOLLAN & GREENGRASS, MARK J. WEBER, ESQ. therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to STAFFORD WILSON personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the COURT CLERK authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: Black    Hair: Black    Glasses: No    Age: 45    Height: 5'-11"    Weight: 200

COMMENTS:
I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____        4-24-08
Loai F. Sarsour, L.C. #1133309           Executed on:

Subscribed and sworn to before me, a notary public, on this 24th day of April, 2008.

_____  My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA610729C
Qualified in Kings County
Commission Expires March 22, 2011